UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

United States of America
                      Government,

            against-

Paul M. Rosenfeld
                      Defendant(s)
------------------------------------------------------------X

**MEDICAL ATTENTION FORM**

Before Judge : **Paul E. Davison, U.S.M.J**
Case Number: 18 M 8674

## TO THE WARDENS OF THE WESTCHESTER COUNTY JAIL, OR ANY OTHER DETENTION FACILITY:

The defendant has been remanded to the custody of the U.S. Marshals; in lieu of bail at the time of his/her presentment before this Court. At that time, the following information which requires medical attention was disclosed. The Court directs the Correctional Facility to provide the defendant with the necessary medical treatment.

The defendant is requesting medical attention for **Mental Health Issues.**

Dated: October 10, 2018
White Plains, NY

SO ORDERED:

_____
Paul E. Davison
United States Magistrate Judge