ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

    - v -

                         ORDER OF CONTINUANCE

PAUL M. ROSENFELD,

                          18 Mag. 8674

                    Defendant.
-----------------------------------------------------------x

        Upon the application of the United States of America and the affirmation of

Michael Krouse, Assistant United States Attorney, it is found that PAUL M. ROSENFELD, the

defendant, was charged with a violation of 26 U.S.C. § 5822, in a complaint dated October 10,

2018, and was arrested on October 10, 2018;

        It is further found that the defendant was presented before Magistrate Judge Paul

E. Davison on October 10, 2018, and the defendant was detained.

        It is further found that Rachel Martin, Esq., counsel for the defendant, has been

engaging in preliminary discussions with the Government concerning possible disposition of this

case without trial;

        It is further found that the Government has requested a continuance of 28 days to

engage in further discussions with counsel about the disposition of this case without trial and that

counsel for the defendant on behalf of the defendant has agreed that a continuance of 28 days

may be granted for such purpose; and

        It is further found that the granting of such a continuance best serves the ends of

justice and outweighs the best interest of the public and the defendant in a speedy trial; and

therefore it is

ORDERED that the request for a continuance pursuant to Title 18, United States

Code, Section 3161(h)(7)(A) is hereby granted until **December 5, 2018**.

Dated:  White Plains, New York
        November 7, 2018

UNITED STATES MAGISTRATE JUDGE

Hon. Lisa Margaret Smith
United States Magistrate Judge
United States District Court
Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

    - v -

PAUL M. ROSENFELD,

                       Defendant.
-----------------------------------------------------------x

<u>AFFIRMATION</u>

18 Mag. 8674

STATE OF NEW YORK           )
COUNTY OF WESTCHESTER    : ss.:
SOUTHERN DISTRICT OF NEW YORK    )

Michael Krouse, under penalty of perjury, hereby affirms as follows:

1.  I am an Assistant United States Attorney in the Southern District of New York.  I submit this affirmation in support of an application for an initial order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

2.  PAUL M. ROSENFELD, the defendant, was charged with a violation of 26 U.S.C. § 5822, in a complaint dated October 10, 2018. The defendant was presented before Magistrate Judge Paul E. Davison on October 10, 2018, and the defendant was detained.

3.  Rachel Martin, Esq., attorney for the defendant, has since been engaging in preliminary discussions with the Government concerning a possible disposition of this case without trial, and those discussions are ongoing.   The Government hereby requests that a continuance of 28 days be granted, during which time we may pursue further discussions.

4.  On October 25, 2018, I spoke with Rachel Martin, Esq., counsel for the defendant, who agreed on behalf of the defendant that the requested continuance of 28 days is appropriate in these circumstances.

5.      For the reasons stated above, the ends of justice served by the granting of the continuance requested outweigh the best interests of the public and defendant in a speedy trial.

6.      Pursuant to Title 28, United States Code, Section 1746, I declare under penalties of perjury that the foregoing is true and correct.

Executed on November 6, 2018.

Michael Krouse
Assistant United States Attorney

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*

*IN RE: ORDER OF CONTINUANCE*

*AFFIRMATION*

*GEOFFREY S. BERMAN*
*United States Attorney for Southern District of New York*
*(914) 993-1900*