UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                         Plaintiff,                   **MEDICAL ORDER**

          -against-                                            18 Mag. 8674

PAUL M. ROSENFELD,

                                         Defendant.
-------------------------------------------------------------X

**TO WESTCHESTER MEDICAL CENTER:**

        The above-named defendant appeared before this Court for a bail hearing on November 19, 2018 and November 20, 2018. During the proceedings, defense counsel informed the Court that the defendant may pose a high risk of suicide based on two recent suicide attempts, the latest one resulting in a five day hospital stay. Based on this information, the Court directs Westchester Medical Center to provide the defendant with a full psychiatric assessment and to provide any necessary psychiatric treatment.

        Furthermore, if, after evaluation, the defendant is not admitted, Westchester Medical Center is directed to immediately notify Pretrial Services Officer Andrew Abbott (914-390-4137) of that decision by no later than 3:00 p.m.

Dated:  November 20, 2018
            White Plains, New York

                                                                     **SO ORDERED:**

                                                                     JUDITH C. McCARTHY
                                                                     United States Magistrate Judge