DOCKET No. 18 Mag 8674            DEFENDANT: Paul M. Rosenfeld

AUSA Michael Krouse              DEF.'S COUNSEL Rachel Martin
                                  ☐ RETAINED   ☑ FEDERAL DEFENDERS   ☐ CJA

☐ _____ INTERPRETER NEEDED   ☐ DEFENDANT WAIVES PRE-TRIAL REPORT

☐ Rule 5   ☐ Rule 9   ☐ Rule 5(c)(3)   ☐ Detention Hrg.   DATE OF ARREST_____   ☐ VOL. SURR.
                                                            TIME OF ARREST_____   ☐ ON WRIT
☑ Other: Bail Hearing                                       TIME OF PRESENTMENT 1:00 p.m.

## BAIL DISPOSITION

☐ DETENTION ON CONSENT W/O PREJUDICE   ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR_____
☐ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☐ $_____ PRB
☐ _____ FRP
☐ SECURED BY $_____ CASH/PROPERTY:_____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION       ☐ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT   ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION       ☐ HOME DETENTION       ☐ CURFEW    ☐ ELECTRONIC MONITORING
☐ OTHER CONDITIONS _____

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:

The Court hears argument for the defendant's release. The matter is adjourned until 10:00 a.m. on November 19, 2018.


(Courtflow: 60 minutes)

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY                ☐ CONFERENCE BEFORE D.J. ON _____
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED                ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED                ☐ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING _____        ☐ ON DEFENDANT'S CONSENT

DATE: 11/19/2018                         _____ Judith C. McCarthy _____
                                          UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (ORIGINAL) - COURT FILE   PINK - U.S. ATTORNEY'S OFFICE   YELLOW - U.S. MARSHAL   GREEN - PRETRIAL SERVICES AGENCY
REV. (2011) IH-2