UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X

United States of America

                              Government(s)    2nd  ORDER OF CONTINUANCE

      -against-                                       Case Number: 18M8674

Paul Rosenfeld

                              Defendant(s)
-------------------------------------------------X

Adjourned to 1/2/19 by Paul E. Davison United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

DATED: 12/4/18

                                                        Paul E. Davison
                                                        United States Magistrate Judge