ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

          - v -　　　　　　　　　　　　　　　AFFIRMATION

PAUL M. ROSENFELD,　　　　　　　　　　　18 Mag. 8674

          Defendant.
------------------------------------------------------------x

STATE OF NEW YORK　　　　　　)
COUNTY OF WESTCHESTER　　　 : ss.:
SOUTHERN DISTRICT OF NEW YORK )

    Michael Krouse, under penalty of perjury, hereby affirms as follows:

    1. I am an Assistant United States Attorney in the Southern District of New York. I submit this affirmation in support of an application for a second order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to Title 18, United States Code, Section 3161(h)(7)(A).

    2. PAUL M. ROSENFELD, the defendant, was charged with a violation of 26 U.S.C. § 5822, in a complaint dated October 10, 2018. The defendant was presented before Magistrate Judge Paul E. Davison on October 10, 2018, and the defendant was detained.

    3. Rachel Martin, Esq., attorney for the defendant, has since been engaging in preliminary discussions with the Government concerning a possible disposition of this case without trial, and those discussions are ongoing. The Government hereby requests that a continuance of 28 days be granted, during which time we may pursue further discussions.

    4. On December 3, 2018, I spoke with Rachel Martin, Esq., counsel for the defendant, who agreed on behalf of the defendant that the requested continuance of 28 days is appropriate in these circumstances.

5.  For the reasons stated above, the ends of justice served by the granting of the continuance requested outweigh the best interests of the public and defendant in a speedy trial.

6.  Pursuant to Title 28, United States Code, Section 1746, I declare under penalties of perjury that the foregoing is true and correct.

Executed on December 4, 2018.

*/s/ Michael Krouse*
Michael Krouse
Assistant United States Attorney