UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                  Plaintiff,        **3RD ORDER OF CONTINUANCE**

    -against-

                                                           18 Mag. 8674

PAUL M. ROSENFELD,

                                  Defendant.
-----------------------------------------------------------x

    Adjourned to January 30, 2019 by Judith C. McCarthy, United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

Dated: January 2, 2019
        White Plains, New York

                                                                   **SO ORDERED:**

                                                                   _____
                                                                   JUDITH C. McCARTHY
                                                                   United States Magistrate Judge