UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 4th ORDER OF CONTINUANCE |
| -v- | : | 18 MJ 8674 |
| PAUL M. ROSENFELD, | : | |
| Defendant. | : | |

-------------------------------------------------------------------x

      Adjourned to February 27, 2019, Magistrate Judge Smith having found that the ends of Justice served thereby outweigh the best interest of the public and defendant in a speedy trial in that the failure to grant a continuance would be a miscarriage of justice.

Date:   January 30, 2019
           White Plains, NY

                                            SO ORDERED

                                            Hon. Lisa Margaret Smith
                                            United States Magistrate Judge